FORM 4

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DAVID'S BRIDAL INC. (DELAWARE),<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>THE UNITED STATES TRADE<br>REPRESENTATIVE; U.S. CUSTOMS &<br>BORDER PROTECTION,<br><br>Defendants. | Court No. 24-00090<br><br>**SUMMONS** |

**TO:**   The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Mario Toscano
Clerk of the Court

/s/ Patrick D. Gill
Patrick D. Gill
Gilbert Lee Sandler*
Larry T. Ordet*
David E. Cohen**
Kristen Smith**
Mark Tallo**

SANDLER, TRAVIS & ROSENBERG, P.A.
675 Third Avenue, Suite 1805-06,
New York, NY 10017
pgill@strtrade.com
Tel: (212) 549-0156

*SANDLER, TRAVIS & ROSENBERG, P.A.
5835 Blue Lagoon Drive, Suite 200
Miami, Florida 33126
305-894-1000

                                       \*\*SANDLER, TRAVIS & ROSENBERG, P.A.
1300 Pennsylvania Ave., N.W.,
Suite 400
Washington, D.C. 20004
202-730-4955

*Attorneys for Plaintiff*

Dated:  May 15, 2024